UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JONATHAN HUZARSKY**

V.                                                               CIVIL ACTION NO. **15-13613-DJC**

**LITTLE KIDS, INC.**

### Scheduling Order

Casper, J.

This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

1. **Initial Disclosures.** Counsel report exchange of initial disclosures completed.

2. **Fact Discovery**.

    a.   **Final Deadline**. All discovery, other than expert discovery, must be completed by **May 31, 2016** .

3. **Expert Discovery**.

    a.   Plaintiff(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **June 14, 2016** .

    b.   Defendant(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **June 28, 2016** .

    c.   All trial experts must be deposed by **July 28, 2016** .

4. **Summary Judgment Motions**.

    a. Motions for summary judgment must be filed by **August 19, 2016** .

    b. Opposition to summary judgment motions must be filed within 21 days after service of the motion pursuant to Local Rule 7.1.

    c. All summary judgment filings shall conform to the requirements of Local Rule 56.1.

Date:  **February 23, 2016**     /s/ Denise J. Casper
                U. S. District Judge